Standard Fashion Company, Appellant, v. Cora D. Thompson and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ignatz Schmitt, Appellant, v. Kathinka M. Simon, Respondent.— Order reversed, without costs, and motion granted on terms stated in memorandum; in default of compliance, order affirmed, with ten dollars costs and disbursements. Memorandum per curiam. Scott, J., dissenting. Settle order on notice.